E-FILED: 9/3/2008

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN S. MARTIN, | Case No. CV 08-1105 GHK (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons set forth in the accompanying Order.

DATED: September 1, 2008

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE